■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER JONES, Appellant. [778 NYS2d 378]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered January 22, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMOND B. MILES, Appellant. [778 NYS2d 374]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered March 9, 2001. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM WILLIAMS, Appellant. [778 NYS2d 376]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered April 23, 2002. The judgment convicted defendant, upon a jury verdict, of murder in the second degree and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of murder in the second degree (Penal Law § 125.25 [1]) and criminal possession of a weapon in the second degree (§ 265.03 [2]). The sole contention of defendant on appeal is that he received ineffective assistance of counsel. Viewing the evidence, the law and the circumstances of this case, in totality and as of the time of the representation, we conclude that defense counsel provided meaningful representation (*see People v Baldi*, 54 NY2d 137, 147 [1981]). Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Lawton, JJ.